UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**MATERIALS MANAGEMENT
MICROSYSTEMS, INC.,**
        **Plaintiff,**

   v.                                   Case No. 12CV1259

**JILL LORING and
ALISON LIDDIC,**
        **Defendants.**

---

## ORDER

**IT IS ORDERED** that plaintiff's motion to compel discovery (ECF No. 26) is **DENIED**.

**IT IS FURTHER ORDERED** that the December 3, 2012 order of the Milwaukee County Circuit court granting plaintiff's motion for leave to take expedited discovery is **VACATED**. The court expects the parties to agree to an expedited procedure for conducting the discovery that they need to conduct in advance of the hearing on plaintiff's motion for a preliminary injunction.

Dated at Milwaukee, Wisconsin, this 22nd day of January, 2013.

                                                    s/ Lynn Adelman

                                                    LYNN ADELMAN
                                                    District Judge